IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEMARCUS RANTREZ ROBINSON                                                            PLAINTIFF
ADC #150429

v.                                    No. 5:17CV00114-JLH-JJV

DEXTER L. PAYNE, Chief Deputy Director,
Arkansas Department of Correction; *et al.*                                        DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff may proceed on his due process claims against defendants McCoy and Brown.

2. Defendants Payne, Golden, Bolden, and Davis are DISMISSED from this action without prejudice for failure to state a claim upon which relief may be granted.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 30th day of May, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE